IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-0075-04








THE STATE OF TEXAS



v.



MATTHEW REID MECHLER, Appellee





ON APPELLEE'S PETITION FOR DISCRETIONARY REVIEW


FROM THE FOURTEENTH COURT OF APPEALS


FORT BEND COUNTY





 Meyers, J., filed a concurring opinion.


CONCURRING OPINION



 I agree with the majority that the court of appeals erred in failing to review this
case for an abuse of discretion. I also agree with the holding that the trial court erred in
suppressing the intoxilyzer results, but I reach this conclusion for a different reason than
the majority. 

 The majority states that the court of appeals erred in conducting a de novo review,
however, the majority makes the same mistake by conducting a Rule 403 analysis. As
Judge Cochran states in her concurring opinion, there are factors that develop at trial that
must be considered in a Rule 403 analysis. Therefore, a pretrial hearing is not appropriate
in this situation. Because the majority is essentially conducting a de novo pretrial Rule
403 analysis, I cannot join the opinion and concur only in the result.

 

 Meyers, J.


Filed: January 12, 2005

Publish